No. 2,260.—IN RE APPLICATION OF B. S. THRESHER FOR RE-
INSTATEMENT TO THE BAR.

Decided January 30, 1909.

PER CURIAM.—Whereas, B. S. Thresher having heretofore
applied for reinstatement to the bar of this state, and whereas,
the court having been fully advised as to his actions and con-
duct since his disbarment: It is ordered that the said B. S.
Thresher be, and he is hereby, reinstated upon his taking the
usual oath of office, as an attorney and counselor at law. (MR.
CHIEF JUSTICE BRANTLY dissenting.)

No. 2,585.—HELENA CAB CO., APPELLANT, v. JACOB
FISHER ET AL., RESPONDENTS.

*Appeal from District Court, Lewis & Clark County; Thomas
C. Bach, Judge.*

On motion to dismiss appeal.

Decided February 1, 1909.

PER CURIAM.—It is hereby ordered that the appeal in the
above-entitled cause be, and the same is hereby, dismissed in
accordance with stipulation of counsel.

*Mr. E. A. Carleton,* for Appellant.

*Mr. O. W. McConnell,* for Respondents.